# United States District Court
# For The Western District of North Carolina
# Statesville Division

WHITNEY KERMIT SIMON,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:07CV71-2-V

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2007, Order.

                                       Signed: July 9, 2007

                                       Frank G. Johns, Clerk
                                       United States District Court

Dockets.Justia.com